Roger G. Segal (2908)
Chapter 7 Trustee
257 East 200 South, Suite 700
P.O. Box 11008
Salt Lake City, Utah  84147-0008
Telephone: (801) 532-2666
Facsimile: (801) 355-1813
*roger@crslaw.com*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH - CENTRAL DIVISION
--ooOoo--

In re:                              :
                                    :    Bankruptcy No. 08-28661
TALLEY, SEAN M.           :
TALLEY, JESSICA                     :         [Chapter 7]
                         --ooOoo--

### DEPOSIT OF UNCLAIMED FUNDS

Roger G. Segal, the duly-appointed and acting Trustee of the above-captioned bankruptcy estate represents to the Court that:

The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed.  The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on said check(s).

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---------|--------------------------------|------------|
| 106 | Pahrump Texaco Xpress Lube<br>Attn: Kassie Ackerson<br>50 So. Hwy 160<br>Pahrump, NV 8904819 | $191.17 |

Attached is check #117 payable to the United States Bankruptcy Court representing the unclaimed dividend described above.

The addresses listed above constitute the last known address of the creditors in question. The check represents said funds and is payable to the United States Bankruptcy Court.

DATED: June 28, 2010

_____
Roger G. Segal, Trustee